# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
June 29, 2022

Lyle W. Cayce
Clerk

No. 21-51182
Summary Calendar

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

JESUS ALCANTAR,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:21-CR-1001-1

Before WIENER, DENNIS, and HAYNES, *Circuit Judges*.

PER CURIAM:*

Jesus Alcantar appeals the sentence imposed after his guilty plea conviction for making counterfeit obligations or securities in violation of 18 U.S.C. § 471. For the first time on appeal, he challenges the condition of his supervised release stating that, if the probation officer determines that

---

* Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.

No. 21-51182

Alcantar presents a risk to another person, the probation officer may require him to notify the person of that risk and may contact the person to confirm that notification occurred. The Government has filed an unopposed motion for summary affirmance in which it contends that Alcantar's claim is foreclosed by our recent decision in *United States v. Mejia-Banegas*, 32 F.4th 450 (5th Cir. 2022).

Alcantar contends the district court erred in imposing the risk-notification condition because it constitutes an impermissible delegation of judicial authority to the probation officer. *Mejia-Banegas* rejected this same argument, holding that the district court did not err, plainly or otherwise, by imposing the same condition. 32 F.4th at 451-52. The Government is thus correct that summary disposition is appropriate. *See Groendyke Transp., Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969).

Accordingly, the Government's motion for summary affirmance is GRANTED, the Government's alternative motion for an extension of time to file a brief is DENIED as moot, and the district court's judgment is AFFIRMED.